EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

Tonald E. Spinks #7891
Special Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 51083
Honolulu, Hawaii 96850
Telephone: (808) 257-0074
Facsimile: (808) 257-1829
E-mail:    spinkste@mcbh.usmc.mil

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 8 2004

at ____ o'clock and ____ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR03-00150 |
| Plaintiff, ) | |
| vs. ) | ORDER FOR DISMISSAL |
| TAMMY M. HUMPHREY, ) | |
| Defendant. ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses without prejudice the Information filed against TAMMY M. HUMPHREY.  The government witnesses are currently unavailable for trial due to military deployment.

/
/
/
/
/

DATED: Honolulu, Hawaii, January 2, 2004.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By _____
Tonald E. Spinks
Special Assistant U.S. Attorney


APPROVED AND SO ORDERED:

JAN 0 8 2004                             BARRY M. KURREN
_____            _____
Date                         UNITED STATES MAGISTRATE JUDGE


United States v. TAMMY M. HUMPHREY
Cr. No. CR03-00150
Order for Dismissal

copies:   Pre-trial Services
          Attorney for Defendant